Robert LEFEVER *v.* STATE of Arkansas

CR 04-1028                                                195 S.W.3d 928

Supreme Court of Arkansas
Opinion delivered October 21, 2004

*Cindy M. Baker*, for appellant.

No response.

PER CURIAM. Robert Lefever, by and through his attorney, has filed a motion for a rule on the clerk.

His attorney, Cindy M. Baker, admits in her motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.